# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

143988

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RODNEY E. DAVIS,
      Plaintiff-Appellant,

v

QUICKWAY SERVICES and TRAVELERS
INDEMNITY COMPANY OF CONNECTICUT,
      Defendants-Appellees.

SC: 143988
COA: 302018
WCAC: 09-000115

_____/

On order of the Court, the application for leave to appeal the October 11, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012

_____
Clerk

t0328